**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE A.G.N., | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00703 |
| MIGUEL VERGARA, *et al.*, | § | |
| *in their official capacities*, | § | |
| "Respondents." | § | |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgement (Dkt. No. 5) ("MSJ"), and Respondents' "Advisory" (Dkt. No. 6).

On July 31, 2026, Respondents filed an Advisory informing the Court of Petitioner's removal to El Salvador. *See* Dkt. No. 6. The Court concludes from this filing that the Petition is now moot.[1] For the Court to retain subject matter jurisdiction over this case, the Petition must continue to present a live case or controversy. *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021) (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Otherwise, the case is moot, and the Court is deprived of jurisdiction. A case becomes moot when it is "impossible for a court to grant any effectual relief whatever to the prevailing party." *Herndon*, 985 F.3d at 446 (quoting *Knox v. Serv. Emps. Int'l Union, Loc. 1000*, 567 U.S. 298, 307 (2012)).

The Petition here sought two main forms of relief: (1) release from detention and (2) an order prohibiting transfer to another detention facility. Dkt. No. 1 at 11. Because Petitioner's removal presupposes his release from Respondents' custody and thus eliminates any possibility of transfer to another detention facility, there is no longer a live case-or-controversy for which this Court can offer relief.

---

[1] Because mootness "is a jurisdictional matter [,]" courts are "obliged" to raise the issue "sua sponte." *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).

1 / 2

Accordingly, the Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte. Respondents' MSJ (Dkt.

No. 5) is further **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this August 3, 2026

Rolando Olvera
United States District Judge